SEYFARTH SHAW LLP
Kristina M. Launey (SBN 221335)
E-mail: klauney@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendants
Chester R. MacPhee, III, Co-Trustee of the George H. Sandy Foundation, a trust created by Declaration of Trust dated 2 January 1960; Thomas J. Feeney, Co-Trustee of the George H. Sandy Foundation, a trust created by Declaration of Trust dated 2 January 1960; and Union Bank, N.A., Co-Trustee of the George H. Sandy Foundation, a trust created by Declaration of Trust dated 2 January 1960

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW,<br><br>Plaintiff,<br><br>v.<br><br>TABER FOOD SERVICES, INC., et al.,<br><br>Defendants. | Case No. 5:14-cv-02850-BLF<br><br>**SUBSTITUTION OF ATTORNEY** |

Defendants Chester R. MacPhee, III, Co-Trustee of the George H. Sandy Foundation, a trust created by Declaration of Trust dated 2 January 1960; Thomas J. Feeney, Co-Trustee of the George H. Sandy Foundation, a trust created by Declaration of Trust dated 2 January 1960; and Union Bank, N.A., Co-Trustee of the George H. Sandy Foundation, a trust created by Declaration of trust dated 2 January 1960 (collectively "Defendants") hereby substitute Kristina M. Launey, Seyfarth Shaw LLP, 400 Capitol Mall, Suite 2350, Sacramento, California 95814-4428, telephone number (916) 448-0159, facsimile (916) 558-4839 as their attorney of record in place of Jeffer Mangels Butler & Mitchell LLP.

1
SUBSTITUTION OF ATTORNEY

18527921v.1

We consent to this substitution.

DATED: November 18, 2014

Chester R. MacPhee, III, co-Trustee, George H. Sandy Foundation a trust created by Declaration of Trust dated 2 January 1960

By: Union Bank, N.A. Co-Trustee

By _____
Its: DGC & Managing Director

DATED: November 18, 2014

Thomas J. Feeney, co-Trustee, George H. Sandy Foundation a trust created by Declaration of Trust dated 2 January 1960

By: Union Bank, N.A. Co-Trustee

By _____
Its: DGC & Managing Director

DATED: November 18, 2014

Union Bank, N.A. Co-Trustee, George H. Sandy Foundation a trust created by Declaration of Trust dated 2 January 1960

By _____
Its: DGC & Managing Director

We consent to this substitution.

DATED: November 18, 2014

JEFFER MANGELS BUTLER & MITCHELL LLP

By   s/ Matthew S. Kenefick
     Martin H. Orlick
     Matthew S. Kenefick

2

18527921v.1

We accept this substitution.

DATED: November 18, 2014     SEYFARTH SHAW LLP

By   s/ Kristina M. Launey
     Kristina M. Launey

SO ORDERED:

DATED: November __G__, 2014     _/s/ Beth Labson Freeman_
                                United States District Judge

## CONSENT TO ELECTRONIC FILING

Pursuant to General Order 45, paragraph X.B., I hereby attest that Matthew S. Kenefick, , a registered ECF user whose user ID and password will not be utilized in the filing of the Substitution of Attorney, concurred in the filing.

Dated:  November 24, 2014     SEYFARTH SHAW LLP

By:   s/ Kristina M. Launey
      Kristina M. Launey